■ EDWARD SPECTER PRODUCTIONS, INC. (Formerly Known as THEATRE 200, INC.) v. JOHN D. VOELKER et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before November 5, 1959, with notice of argument for November 17, 1959. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ AUDREY ROTHENBERG, by ANNA GREENFIELD, Her Guardian ad Litem, v. BENNETT ROTHENBERG.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 22, 1959, with notice of argument for November 4, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of SOLDIERS, SAILORS & AIRMEN'S CLUB, INC., et al., Appellants, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents, and 139 EAST 36TH STREET CORP. et al., Intervenors-Respondents.— Motion by intervenors-respondents to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of SOLDIERS, SAILORS & AIRMEN'S CLUB, INC., et al., Appellants, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents, and 139 EAST 36TH STREET CORP. et al., Intervenors-Respondents.— Motion by respondents to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SYDNEY SNITOW et al., Individually and as Copartners, v. NELSON C. DUKES et al.— Motion for stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SYDNEY SNITOW et al., Individually and as Copartners, v. NELSON C. DUKES et al.— Motion granted only insofar as to permit the appellants to dispense with printing of the exhibits, the originals of which are to be filed with this court on the Wednesday preceding the first day of the term for which the appeal is noticed for argument. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of MAYO CABEY, Respondent, against NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Respondent, and CONSUELO CABEY, Appellant.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorneys for petitioner-respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.